UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNA PAINTSIL ANNING,<br>　　　　Plaintiff,<br>　　v.<br>CAPITAL ONE AUTO FINANCE,<br>　　　　Defendant. | Case No. 19-cv-01686-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 22 |

On June 21, 2019, Defendant Capital One Auto Finance filed a motion to dismiss. (Dkt. No. 22.) Per Civil Local Rule 7-3(a), Plaintiff's "opposition must be filed and served not more than 14 days after the motion was filed." Thus, Plaintiff's opposition was due by July 5, 2019.

As of the date of this order, Plaintiff has not filed her opposition. Accordingly, the Court ORDERS Plaintiff to show cause, by **July 18, 2019**, why the motion should not be granted by: (1) filing her opposition, and (2) explaining why she did not timely file her opposition. Failure to timely respond may result in the Court granting Defendant's motion to dismiss as unopposed. (*See* Westmore Standing Ord. ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in response to any motion shall constitute consent to the granting of the motion.").)

If Plaintiff files her opposition by July 18, 2019, Defendant may file a reply by July 25, 2019.

IT IS SO ORDERED.

Dated: July 10, 2019

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge