UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNA PAINTSIL ANNING,<br>           Plaintiff,<br>    v.<br>CAPITAL ONE AUTO FINANCE,<br>           Defendant. | Case No. 19-cv-01686-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 66 |

On June 25, 2020, the parties filed a stipulated protective order. (Dkt. No. 65.) The parties, however, did not indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.) On June 26, 2020, the Court ordered the parties to submit, within seven days: (1) a declaration stating that the proposed order was identical to a model order; (2) a declaration explaining each modification to the model order, along with a redline version; or (3) a declaration explaining why use of one of the model orders was not practicable. (Dkt. No. 66.)

As of the date of this order, the parties have not filed the required declaration. Accordingly, the Court ORDERS the parties to show cause, by **July 23, 2020**, why the stipulation should not be denied for failure to comply with the Court's order by: (1) filing the required declaration, and (2) explaining why the parties failed to comply with the Court's order.

IT IS SO ORDERED.

Dated: July 9, 2020

                                                          KANDIS A. WESTMORE<br>
                                                          United States Magistrate Judge